868

No. 78–5016.   SAYLES v. SALES.   Ct. App. D. C.   Certiorari denied.

No. 78–5017.   POLLARD v. INDUSTRIAL RELATIONS COMMISSION ET AL.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 78–5018.   RHODES v. SCHOEN, CORRECTIONS COMMISSIONER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 78–5019.   POPE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–5020.   HERNANDEZ v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 78–5024.   SEAY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–5029.   WILLIAMS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 78–5030.   ROLLINS v. WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 78–5031.   COOPER ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–5032.   WAINSCOTT v. KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 78–5033.   TREFREN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–5036.   ARIAS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–5037.   WHITE v. CHRISTIAN THEOLOGICAL SEMINARY.   C. A. 7th Cir.   Certiorari denied.